

Dear ▮   5/3/24

First things first, HAPPY BIRTHDAY!!! I hope this makes it to you on time and I hope you're happy, comfortable, and safe. There's a thousand and one things I want to say but I just can't and I hope you understand.

Sorry I don't have a card to send you. Well, I did but it got lost in transit. You would have liked it. It had birds on it and I spent a lot of time making it nice. But I guess this letter will have to do.

They have zig-zaged me across the country over the past month. They put me on vans, busses, and even planes. And now I'm in Seattle. ☹ Looks like I'll be here for a while. The food here is mid. But it's not the worst I've had. No cream cheese bagels. I miss those a lot. I started reading a book called "Survivor" by Chuck Palahniuk. He's my favorite author so I was excited to see it in the library here. In fact this place has the best library I've seen yet. You should read it if you get a chance.

Mother's Day is almost here. Make sure you do something nice with your mom. No matter what happens she's looking

out for you so try your best to treat her well. I wish I could give my mom a big hug right now but I can't and it's killing me. So keep her close while she's around because you know one day she won't be.

I hope you're doing everything you're suposed to be doing. I could never convince you to in the past. You're a free spirit and you've always done what you want but it's never too late to get responsible. It would make a great mothers' day gift to see you doing well. And it'll make you feel good about yourself too.

Well, I would love to hear back from you so I included a stamped envelope. Just remember that they read everything so don't say anything you wouldn't want someone else to read.

Be Good ▇
Yours Truly
Keith

5/9/24

PS. I really hope you get a chance to read that book. I'm about half way through and I can't set it down.