Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 15, 2024

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH DANIEL FREERKSEN,<br><br>Defendant. | NO. CR24-086 TL<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Travel with Intent to Engage in a Sexual Act with a Minor)**

Between on or about January 3, 2024, and January 8, 2024, in Skagit County, within the Western District of Washington, and elsewhere, KEITH DANIEL FREERKSEN did knowingly travel in interstate commerce, to wit, between South Haven Township, Michigan, and Mount Vernon, Washington, for the purpose of engaging in illicit sexual conduct with a person under the age of eighteen, that is, the sexual acts of contact between the penis and the vulva, contact between the mouth and the penis, and contact between the mouth and the vulva.

Indictment - 1
*United States v. Freerksen*
USAO No. 2024R00302

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 2423(b) and 2246(2)(A) and (B).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, KEITH DANIEL FREERKSEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property that was used or intended to be used to commit or to facilitate the commission of such offenses, and any property constituting or derived from proceeds of the offense.

//
//
//

Indictment - 2
*United States v. Freerksen*
USAO No. 2024R00302

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |   |
|---|---|---|
| 1 | **Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant, | |
| 3 | a. | cannot be located upon the exercise of due diligence; |
| 4 | b. | has been transferred or sold to, or deposited with, a third party; |
| 5 | c. | has been placed beyond the jurisdiction of the Court; |
| 6 | d. | has been substantially diminished in value; or, |
| 7 | e. | has been commingled with other property which cannot be divided without difficulty, |

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: *May 15, 2024*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____ *[signed: CM for me]*
MARCI ELLSWORTH
Assistant United States Attorney

_____
CECELIA GREGSON
Assistant United States Attorney

Indictment - 3
*United States v. Freerksen*
USAO No. 2024R00302

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970