Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEITH DANIEL FREERKSEN,<br><br>Defendant. | NO. CR24-086-TL<br><br>ORDER FOR NO CONTACT WITH MINOR VICTIM 1 |

The Court, having reviewed the Motion of the United States for Imposition of a No Contact Order prohibiting the defendant from communicating and contacting Minor Victim 1, and no opposition having been filed, hereby enters the following order:

IT IS ORDERED that the Motion for No Contact with Minor Victim 1 is GRANTED. The defendant is precluded from contacting or communicating with Minor Victim 1.

DATED this <u>29th</u> day of May, 2024.

_____
Tana Lin
United States District Judge

Order - 1
*United States v. Freerksen* / CR24-086-TL