# Exhibit 3

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | PLEA AGREEMENT ☑ SENTENCE AGREEMENT | CASE NO. and JUDGE 24000110FY Hon. Kathleen Brickley |
|---|---|---|
| Van Buren | | |
| ORI MI- | Court address | Court telephone no. |

| THE PEOPLE OF ☑ The State of Michigan ☐ _____ | v | Defendant's name, address, and telephone no. Keith Freerksen |
|---|---|---|
| | | CTN/TCN | SID |

The defendant and the prosecuting attorney agree that:

1. Defendant will plead as follows:

| Count | CRIME | Plea | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|
| 5 | Criminal Sexual Conduct - First Degree - Multiple Variables | ☑ Guilty ☐ NC | 750.520b |
| 7 | Criminal Sexual Conduct - Third Degree - (Person 13-15) | ☑ Guilty ☐ NC | 750.520d(1)(a) |
| 9 | Children - Accosting for Immoral Purposes | ☑ Guilty ☐ NC | 750.145a |
| | | ☐ Guilty ☐ NC | |
| | | ☐ Guilty ☐ NC | |
| | | ☐ Guilty ☐ NC | |

☑ 2. Defendant also agrees to  PG to Superseding Information to Count 1: Travel with Intent to Engage in a Sexual Act with a minor in violation of Title 18 USC 2423(b), 2246(a)(A),(B) and Count 2: Enticement of a Minor in violation of Title 18 USC 2422(b) w/ sentence agreement for 20 yrs imprisonment followed by 20 yrs supervised release concurrent w/ state sent.

3. Prosecutor and defendant agree   ☐ that prosecutor will recommend a sentence of   ☑ to a sentence agreement of 15 years on minimum sentence to run concurrent with federal sentence as stated above on paragraph (2) of this plea form.

Sentence to be served in any federal institution.

☑ 4. Prosecutor agrees to dismiss the following charge(s): Counts 1, 2, 3, 4, 6, and 8.

☑ 5. The estimated sentencing guideline range is as follows: 135-225 months with offer

Approved, SCAO
Form MC 414, Rev. 1/21
MCR 6.302(C)(1), MCR 6.610(F)(5)
Page 1 of 2

Distribute form to:
Court
Defendant
Defendant attorney
Prosecutor

Plea Agreement/Sentence Agreement  (1/21)  
Page 2 of 2

Case No. 24000110FY

If the judge does not follow a prosecutor's sentence recommendation, the defendant is not entitled to withdraw the defendant's plea. If the defendant commits misconduct after the plea is accepted but before sentencing, the defendant is not entitled to withdraw the plea unless allowed by the court for good cause.

_____    10/31/24
Date                      Date                    *[signature]*    P76985
_____    _____                   _____
Defendant's signature     Prosecutor's signature                   Bar no.

_____    _____    _____
Defendant's attorney signature    Bar no.    Address

_____              _____
Defendant's attorney name (type or print)    City, state, zip          Telephone no.