THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-086-TL |
| Plaintiff, | |
| v. | KEITH FREERKSEN'S MEMORANDUM REGARDING RESTITUTION |
| KEITH FREERKSEN, | |
| Defendant. | |

Mr. Freerksen comes before the Court for a restitution hearing pursuant to 18 U.S.C. § 2429. Upon further consideration, Mr. Freerksen does not oppose the loss amounts set forth in the government's proposed order submitted with its memo at Dkt. 49.

DATED this 16th day of May 2025.

Respectfully submitted,

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Keith Freerksen

KEITH FREERKSEN'S MEMORANDUM
REGARDING RESTITUTION
(*United States v. Freerksen*, CR24-086) - 1

FEDERAL PUBLIC DEFENDER
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WA 98101
(206) 553-1100